DUNN, Respondent, v. STEWART et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by Clarence W. Dunn against James C. Stewart and another. No opinion. Judgment and order affirmed, with costs.

---

DURR, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 15, 1913.) Action by Abram Durr against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

---

EAGLE SAVINGS & LOAN CO. v. COLLINS et al. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by the Eagle Savings & Loan Company against Ada M. Collins and others. No opinion. Motion denied, on condition that appellant perfect her appeal, place the cause on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

---

EGAN v. EGAN. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by Mary H. Egan against William H. Egan. No opinion. Motion granted, with $10 costs. Order filed.

---

ELLIOTT, Respondent, v. EMPIRE LIMESTONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) Action by Alexander C. Elliott against the Empire Limestone Company.

PER CURIAM. Judgment and order affirmed, with costs.

FOOTE, J., not sitting.

---

ELLISON, Respondent, v. EDELMEYER, Appellant. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by William B. Ellison against Walter S. Edelmeyer. D. Nicholson, of New York City, for appellant. O. B. Goldsmith, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

---

EQUITABLE TRUST CO. OF NEW YORK v. LEICHTER. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by the Equitable Trust Company of New York against Solomon Leichter. No opinion. Application denied, with $10 costs. Order signed.

---

ERDTMANN, Appellant, v. STACK et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Frederick W. Erdtmann, individually and as trustee, etc., against Thaddeus J. G. Stack and another. No opinion. Motion denied, on condition that appellant perfect his appeal, place the cause on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

---

EVANS et al. v. PELTA et al. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Bertha Evans and others against Charles Pelta and others. No opinion. Order signed. See, also, 146 App. Div. 749, 131 N. Y. Supp. 411.

---

FARJEON, Appellant, v. INDIAN TERRITORY OIL CO., Respondent. (Supreme Court, Appellate Division, First Department. January 24, 1913.) Action by Albert Farjeon against the Indian Territory Oil Company. W. E. Kisselburgh, for appellant. W. F. Parker, for respondent. No opinion. Judgment affirmed, with costs, in 146 App. Div. 23, 130 N. Y. Supp. 532. Order filed. See, also, 151 App. Div. 935, 135 N. Y. Supp. 1111.

---

In re FEDERAL UNION SURETY CO. (Supreme Court, Appellate Division, First Department. January 24, 1913.) In the matter of the application of the Federal Union Surety Company. No opinion. Judgment affirmed, with costs. Order filed. See, also, 73 Misc. Rep. 28, 132 N. Y. Supp. 196; 139 N. Y. Supp. 1122.

---

In re FEDERAL UNION SURETY CO. (Supreme Court, Appellate Division, First Department. January 24, 1913.) In the matter of the Federal Union Surety Company. No opinion. Order (73 Misc. Rep. 28, 132 N. Y. Supp. 196) affirmed, with $10 costs and disbursements. Order filed. See, also, 139 N. Y. Supp. 1122.

---

FIDELITY MUT. LIFE INS. CO. v. RICHLAND. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by the Fidelity Mutual Life Insurance Company against Harris Richland. No opinion. Motion granted. Order filed. See, also, 138 N. Y. Supp. 763.